United States Bankruptcy Court
Southern District of Texas

| Information to identify the case: | | ENTERED |
|---|---|---|
| Debtor 1 | Ali Abdulkareem Kadh Al Saedi<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6625<br>EIN  _ _–_ _ _ _ _ _ _<br>October 13, 2021<br>Nathan Ochsner, Clerk |
| Debtor 2<br>(Spouse, if filing) | Xun He<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3571<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of Texas | |
| Case number: | 21–32350 | |

## Order of Discharge                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ali Abdulkareem Kadh Al Saedi            Xun He

10/13/21                                **By the court:** <u>Jeffrey P Norman</u>
                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of Texas

In re:   Case No. 21-32350-jpn
Ali Abdulkareem Kad Al Saedi   Chapter 7
Xun He
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 318 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ali Abdulkareem Kadh Al Saedi, Xun He, 12655 West Houston Center Blvd # 12205, Houston, TX 77082-2876 |
| 11944771 | + | MRS BPO, L.L.C., 1930 OLNEY AVE, CHERRY HILL, NJ 08003-2016 |
| 11932437 | | Nationwide Credit, Inc., PO Box 15130, Willmingham, DE 19850-5130 |
| 11931669 | + | PHILLIP HENRY TRUEBA, ATTORNEY AT LAW, 5444 Westheimer Rd., Ste. 1000, Houston, Texas 77056-5318 |
| 11931671 | + | Rausch, Sturm, Israel, Enerson & Hornik,, 15660 N. DALLAS PARKWAY,STE 350, DALLAS, TX 75248-3344 |
| 11931677 | + | TD BANK, 7000 TARGET PARKWAY N, BROOKLYN PARK, MN 55445-4301 |
| 11931678 | + | Truist, Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 11931680 | + | Uscc, 3211 Fourth Street Ne, Washington, DC 20017-1104 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FJSNORTHRUP.COM | Oct 13 2021 23:53:00 | Janet S Casciato-Northrup, Hughes Watters and Askanase, 1201 Louisiana, 28th Floor, Houston, TX 77002-5607 |
| 11931662 | | EDI: HNDA.COM | Oct 13 2021 23:53:00 | American Honda Finance, Attn: National Bankruptcy Center, PO Box 168088, Irving, TX 75016 |
| 11931660 | + | Email/Text: bankruptcy@acimacredit.com | Oct 13 2021 19:55:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 11931661 | + | Email/Text: backoffice@affirm.com | Oct 13 2021 19:55:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 11931663 | + | EDI: PHINAMERI.COM | Oct 13 2021 23:53:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 11931664 | + | EDI: AMEREXPR.COM | Oct 13 2021 23:53:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 11931665 | | EDI: BANKAMER.COM | Oct 13 2021 23:53:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 11931666 | + | EDI: CAPITALONE.COM | Oct 13 2021 23:53:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 11931667 | + | EDI: CITICORP.COM | Oct 13 2021 23:53:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 11931668 | + | EDI: DISCOVER.COM | Oct 13 2021 23:53:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 11931670 | | EDI: PRA.COM | Oct 13 2021 23:53:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

Case 21-32350   Document 18   Filed in TXSB on 10/15/21   Page 4 of 5

| District/off: 0541-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 318 | Total Noticed: 27 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 11931905 | + | EDI: RECOVERYCORP.COM | Oct 13 2021 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 11931672 | + | EDI: RMSC.COM | Oct 13 2021 23:53:00 | Syncb/ccdstr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 11931674 | + | EDI: RMSC.COM | Oct 13 2021 23:53:00 | Synchrony Car Care, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 11931675 | + | EDI: RMSC.COM | Oct 13 2021 23:53:00 | Synchrony Bank/Discount Tire, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 11931676 | + | EDI: WTRRNBANK.COM | Oct 13 2021 23:53:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 11931679 |  | EDI: USBANKARS.COM | Oct 13 2021 23:53:00 | Us Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201 |
| 11931681 | + | EDI: VERIZONCOMB.COM | Oct 13 2021 23:53:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 11931682 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 13 2021 19:55:00 | Westlake Financial Services, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11931673 |  | Syncb/walmart |
| 11932442 |  | Syncb/walmart |
| 11944777 |  | Syncb/walmart |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 11932430 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: National Bankruptcy Center, PO Box 168088, Irving, TX 75016 |
| 11944764 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: National Bankruptcy Center, PO Box 168088, Irving, TX 75016 |
| 11932428 | *+ | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 11944762 | *+ | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 11944763 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 11932429 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 11932431 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 11944765 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 11932432 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 11944766 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 11932433 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 11944767 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 11932434 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 11944768 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 11932435 | *+ | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 11944769 | *+ | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 11932436 | *+ | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 11944770 | *+ | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 11944772 | * | Nationwide Credit, Inc., PO Box 15130, Willmingham, DE 19850-5130 |
| 11932438 | *+ | PHILLIP HENRY TRUEBA, ATTORNEY AT LAW, 5444 Westheimer Rd., Ste. 1000, Houston, Texas 77056-5318 |
| 11944773 | *+ | PHILLIP HENRY TRUEBA, ATTORNEY AT LAW, 5444 Westheimer Rd., Ste. 1000, Houston, Texas 77056-5318 |
| 11932439 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 11944774 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 11932440 | *+ | Rausch, Sturm, Israel, Enerson & Hornik,, 15660 N. DALLAS PARKWAY,STE 350, DALLAS, TX 75248-3344 |
| 11944775 | *+ | Rausch, Sturm, Israel, Enerson & Hornik,, 15660 N. DALLAS PARKWAY,STE 350, DALLAS, TX 75248-3344 |
| 11932441 | *+ | Syncb/ccdstr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| District/off: 0541-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 318 | Total Noticed: 27 |

| | | |
|---|---|---|
| 11944776 | *+ | Syncb/ccdstr, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 11932443 | *+ | Synchrony Car Care, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 11944778 | *+ | Synchrony Car Care, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 11932444 | *+ | Synchrony Bank/Discount Tire, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 11944779 | *+ | Synchrony Bank/Discount Tire, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 11932446 | *+ | TD BANK, 7000 TARGET PARKWAY N, BROOKLYN PARK, MN 55445-4301 |
| 11944781 | *+ | TD BANK, 7000 TARGET PARKWAY N, BROOKLYN PARK, MN 55445-4301 |
| 11932445 | *+ | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 11944780 | *+ | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 11932447 | *+ | Truist, Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 11944782 | *+ | Truist, Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 11932448 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201 |
| 11944783 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201 |
| 11932449 | *+ | Uscc, 3211 Fourth Street Ne, Washington, DC 20017-1104 |
| 11944784 | *+ | Uscc, 3211 Fourth Street Ne, Washington, DC 20017-1104 |
| 11932450 | *+ | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 11944785 | *+ | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 11932451 | *+ | Westlake Financial Services, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |
| 11944786 | *+ | Westlake Financial Services, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 3 Undeliverable, 46 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Janet S Casciato-Northrup | jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com |
| Phillip Henry Trueba | on behalf of Joint Debtor Xun He ptrueba@truebalaw.com  igotNotices@truebalaw.com |
| Phillip Henry Trueba | on behalf of Debtor Ali Abdulkareem Kadh Al Saedi ptrueba@truebalaw.com  igotNotices@truebalaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 4